# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 19-CV-2164-T-02TGW

Plaintiff:
**PLUS 352, SA**

vs.

Defendant:
**LICENSED ACCESSORIES USA, LLC., ET.AL.,**

OJF2019013731

For:
Christopher Leigh. Esq.
Christopher K. Leigh, P.A.
1 East Broward Blvd.
Suite 700
Ft Lauderdale, FL 33301

Received by OJF SERVICES, INC. on the 29th day of August, 2019 at 3:18 pm to be served on **LICENSED ACCESSORIES USA, LLC C/O PHILIPPE GIRAUD AS REGISTERED AGENT, 113 WILD FORREST DR, DAVENPORT, FL 33837**.

I, BRADLEY SMITH, do hereby affirm that on the **30th day of August, 2019** at **8:04 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **NATALIA GIRAUD** as **CO-RESIDENT/ SPOUSE** for **LICENSED ACCESSORIES USA, LLC**, at the address of: **113 WILD FORREST DR, DAVENPORT, FL 33837**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: WHITE, Height: 5'7, Weight: 180, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

BRADLEY SMITH
CA-846

OJF SERVICES, INC.
13727 SW 152 STREET, PMB 354
MIAMI, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2019013731

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

REC: 8-30-2019 5:30 AM
SERVICE: CORPORATE
DATE: 8-30-2019   TIME: 8:04 AM
TO: Natalie Giraud
BY: Bradley Smith # CPS846

| | |
|---|---|
| PLUS 352, S.A. | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8:19-cv-2164-T-02TGW |
| LICENSED ACCESSORIES USA LLC and B2B TECH USA LLC | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LICENSED ACCESSORIES USA LLC
113 Wild Forrest Drive
Davenport, FL 33837

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher K. Leigh
Christopher K. Leigh, P.A.
1 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Aug 29, 2019

*Signature of Clerk or Deputy Clerk*

13731