# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PLUS 352, S.A.,

    Plaintiff,

v.                                         CASE NO. 8:19-cv-2164-T-02TGW

LICENSED ACCESSORIES USA, LLC,
and BSB TECH USA, LLC,

    Defendants.
_____/

## **ORDER**

Upon due consideration of Defendant's Counsel's Unopposed Motion for Leave to Withdraw (Dkt. 19) and Defendant's Consent to Withdrawal and waiver of the 10-day notice (Dkt. 19-1), the motion is granted.

Defendants are corporations which must be represented by counsel and cannot proceed *pro se*. *See* Local Rule 2.03(e) (M.D. Fla.). Defendants shall obtain new obtain counsel and said counsel shall file a notice of appearance on or before February 14, 2020. Until such time as new counsel files a notice of appearance all future pleadings, notices, and orders, including a copy of this Order, shall be served on Defendants at the following address: c/o Philippe Giraud, 113 Wild Forest Dr., Davenport, Florida 33837. Defendants are put on notice that

failure to timely obtain new counsel will result in Defendants being subject to a default upon appropriate motion.

Counsel Brinson shall send a copy of this Order via certified mail to the client Philippe Giraud, managing member of Defendants Licensed Accessories USA, LLC and B2B Tech USA, LLC. Upon completion of this task, J. Kemp Brinson and Bloodworth Law, PLLC will be relieved and excused as counsel without further order of this Court.

**DONE AND ORDERED** at Tampa, Florida on January 30, 2020.

*s/William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record