## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PLUS 352, S.A.,

    Plaintiff,

v.                                          CASE NO. 8:19-cv-2164-T-02TGW

LICENSED ACCESSORIES USA LLC,
and B2B TECH USA LLC,

    Defendants.
_____/

## **ORDER**

Upon due consideration of the Suggestion of Bankruptcy filed by Defendant BRB Tech USA LLC (Dkt. 22), all proceedings in this case are stayed pursuant to the automatic stay provision of the United States Bankruptcy Code, 11 U.S.C. § 362(a) as to B2B Tech USA LLC only.

**DONE AND ORDERED** at Tampa, Florida, on February 24, 2020.

                                                    *s/William F. Jung*
                                                    **WILLIAM F. JUNG**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record